IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE MAYA GROUP, INC., | |
| Plaintiff, | Case No.: 1:19-cv-04690 |
| v. | Judge Robert M. Dow, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Mary M. Rowland |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 155 | yangfushan |
| 161 | ewiowuwe |
| 163 | piqzmx |
| 172 | dd111 |
| 186 | eideahome |
| 189 | hi-gobuy |
| 190 | homeproduct_sell |
| 191 | hopeshine |
| 194 | ideacharms |
| 199 | mic-supply |
| 200 | newadvisor |
| 206 | onlinebuy_world |

| 209 | qxmc6916 |
|---|---|
| 212 | shsupplier |
| 215 | splendid-suns |
| 224 | villagehead |
| 225 | wemobile |
| 227 | yaloofashion |
| 228 | yideashopping |
| 229 | youidea |
| 230 | ywgate |
| 26 | glass |
| 52 | candyv |
| 48 | wazi |
| 42 | 义务乾屿电子商务商行 |
| 153 | wuyanfeng |
| 73 | thecovenantoftheelves |
| 150 | haoleioo |
| 79 | yuyuancompany |
| 24 | 凡尘玩具有限公司 |
| 96 | brave |
| 38 | liulihua |
| 445 | Kingot Store |
| 492 | IHONG Store |
| 98 | huyingd |
| 153 | wuyanfeng |
| 151 | rossettifei |
| 178 | *best*usa*deal* / wow_us_store |
| 204 | ologymart_autoparts |

DATED:  September 29, 2019                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 29, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt