**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE MAYA GROUP, INC.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

    Defendants.

Case No.: 1:19-cv-04690

Judge Robert M. Dow, Jr.

Magistrate Judge Mary M. Rowland

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 29 | 恒达 |
| 36 | 香榭商贸有限公司 |
| 81 | youyuantoycompany |
| 46 | yago |
| 66 | flytosky |
| 70 | ligoo |
| 142 | dingdingjiazu |
| 156 | steranimestore |
| 77 | shaobinbin |
| 166 | smallspringx |
| 35 | 深圳市一佼者贸易有限公司 |
| 113 | ananzher |
| 115 | ainisa |
| 130 | trancey45 |

| | |
|---|---|
| 133 | thousandspl |
| 136 | aslonger |
| 139 | styleon |
| 71 | grocerystore5 |
| 47 | ross8 |
| 112 | tanmit |
| 6 | ZTW Group |

DATED: October 21, 2019  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 21, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
