**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE MAYA GROUP, INC.,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.:  1:19-cv-04690

Judge Robert M. Dow

Magistrate Judge Mary M. Rowland

**FINAL JUDGMENT ORDER**

This action having been commenced by The Maya Group, Inc., ("MAYA" or "Plaintiff") against the defendants identified in the attached First Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and MAYA having moved for entry of Default and Default Judgment against the defendants identified in the First Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by MAYA, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

MAYA having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks. *See* Docket No. 13 which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ORBEEZ Trademarks, U.S. Trademark Registration Nos. 3,827,979, 4,687,114 and 5,623,982.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the ORBEEZ Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MAYA Product or not authorized by MAYA to be sold in connection with the ORBEEZ Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine MAYA Product or any other product produced by MAYA, that is not Plaintiff's or not produced under the authorization, control or supervision of MAYA and approved by MAYA for sale under the ORBEEZ Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of MAYA, or are sponsored by, approved by, or otherwise connected with MAYA;

    d. further infringing the ORBEEZ Trademarks and damaging Plaintiff's goodwill;

    e. otherwise competing unfairly with MAYA in any manner;

    f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MAYA, nor authorized by MAYA to be sold or offered for

3

sale, and which bear any of the ORBEEZ Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the ORBEEZ Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine MAYA Product or not authorized by MAYA to be sold in connection with the ORBEEZ Trademarks.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Plaintiff's choosing:

a. permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and

any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

a.  disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the ORBEEZ Trademarks, including any accounts associated with the Defaulting Defendants listed on First Amended Schedule A attached hereto;

b.  disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the ORBEEZ Trademarks; and

c.  take all steps necessary to prevent links to the Defendant Domain Names identified on First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4.  Pursuant to 15 U.S.C. § 1117(c)(2), MAYA is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit ORBEEZ Trademarks on products sold through at least the Defendant Internet Stores.

5.  Western Union shall, within two (2) business days of receipt of this Order, permanently block any Western Union money transfers and funds from being received by the Defaulting Defendants identified on First Amended Schedule A.

6.  PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH"), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), and Alipay US, Inc. ("Alipay") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to

Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified on First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by eBay, PayPal, WISH, Amazon, and Alipay, are hereby released to MAYA as partial payment of the above-identified damages, and eBay, PayPal, WISH, Amazon, and Alipay is ordered to release to MAYA the amounts from Defaulting Defendants' eBay, PayPal, WISH, Amazon, and Alipay accounts within ten (10) business days of receipt of this Order.

8. Until MAYA has recovered full payment of monies owed to it by any Defaulting Defendant, MAYA shall have the ongoing authority to serve this Order on eBay, PayPal, WISH, Amazon, and Alipay in the event that any new eBay, PayPal, WISH, Amazon, and Alipay accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, eBay, PayPal, WISH, Amazon, and Alipay shall within two (2) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any eBay, PayPal, WISH, Amazon, and Alipay accounts;

    b. Restrain and enjoin such accounts or funds that are Asia based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' eBay, PayPal, WISH, Amazon, and Alipay accounts to MAYA as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

    d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators

6

for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's ORBEEZ Trademarks.

9.      Until MAYA has recovered full payment of monies owed to it by any Defaulting Defendant, MAYA shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a.   Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

b.   Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.   Release all monies restrained in Defaulting Defendants' financial accounts to MAYA as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

d.   Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's ORBEEZ Trademarks.

10.  In the event that MAYA identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, MAYA may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Oded Ben-Ezer and any e-mail addresses provided for Defaulting Defendants by third parties.

11.  The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: October 24, 2019

_____
United States District Court Judge

## FIRST AMENDED SCHEDULE A

| No. | DEFENDANTS |
|-----|------------|
| 1 | Abicial |
| 2 | JUNESUNN |
| 3 | COMISU |
| 4 | Wzoou Toys |
| 5 | GD&GD |
| 6 | |
| 7 | keland |
| 8 | Kasla US |
| 9 | TOBABYFAT |
| 10 | Metersun |
| 11 | antiyar4289 |
| 12 | |
| 13 | |
| 14 | |
| 15 | Mialoley |
| 16 | Muhuyi |
| 17 | US DIENGLE |
| 18 | |
| 19 | UMIKU DIRECT |
| 20 | |
| 21 | fashionforeigntrade |
| 22 | |
| 23 | |
| 24 | |
| 25 | shanghaiiwfenghomegardenproductsprofessionalsupplier |
| 26 | |
| 27 | |
| 28 | yiwugranvillelionimportandexportco |
| 29 | |
| 30 | shenzhenshenerdatradingcoltd |
| 31 | |
| 32 | shenzhenmeililegoutechnologycoltd |
| 33 | 福州天诚贸易有限公司 |
| 34 | |
| 35 | |
| 36 | |
| 37 | |

| | |
|---|---|
| 38 | |
| 39 | |
| 40 | |
| 41 | gloria8 |
| 42 | |
| 43 | 节派舞会用品 |
| 44 | ella66 |
| 45 | charmtang |
| 46 | |
| 47 | |
| 48 | |
| 49 | yanmiao8yan |
| 50 | |
| 51 | ksdaqq店 |
| 52 | |
| 53 | pagesun |
| 54 | olden |
| 55 | tabelot |
| 56 | |
| 57 | kubear |
| 58 | |
| 59 | |
| 60 | shenzhenrhondatontradecoltd |
| 61 | coolcooldo |
| 62 | 特艺精品 |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | eminentline |
| 69 | helloheartshop |
| 70 | |
| 71 | |
| 72 | zhuoyanstore |
| 73 | |
| 74 | |
| 75 | greatchanz53 |
| 76 | |
| 77 | |

| | |
|---|---|
| 78 | |
| 79 | |
| 80 | wxf881800 |
| 81 | |
| 82 | jyy1996 |
| 83 | wangxiadianpu |
| 84 | xiaodongdedian |
| 85 | yishugeqijiandian |
| 86 | |
| 87 | gghyub |
| 88 | xlsd |
| 89 | |
| 90 | |
| 91 | pxshop |
| 92 | threegoldenfish1a803cb01c3211e7a0f302079ed3e452 |
| 93 | sandwichstore |
| 94 | topbeaury |
| 95 | |
| 96 | |
| 97 | zhikangsp |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | myhomemylife |
| 104 | |
| 105 | |
| 106 | bigstarstore |
| 107 | yufeiyue006 |
| 108 | fanyujiee8a13f4a7b4b11e79b45027fe6e73318 |
| 109 | richardyo |
| 110 | oneshop93 |
| 111 | customercm |
| 112 | |
| 113 | |
| 114 | ayane258 |
| 115 | |
| 116 | livenow |
| 117 | greatfulw |

| 118 | graysony |
|-----|----------|
| 119 | akller |
| 120 | seaoflovers |
| 121 | creatingu |
| 122 | xiaoshen001 |
| 123 | nohopeless |
| 124 | forgetsad |
| 125 | handsomeperson |
| 126 | forest9 |
| 127 | reputation |
| 128 | herrera |
| 129 | mayious |
| 130 | ███████ |
| 131 | ███████ |
| 132 | pohottyle |
| 133 | ███████ |
| 134 | fightwile |
| 135 | hfue9098 |
| 136 | ███████ |
| 137 | ███████ |
| 138 | ███████ |
| 139 | ███████ |
| 140 | zhugang |
| 141 | shengqibobo |
| 142 | ███████ |
| 143 | leiliangdneid |
| 144 | nicxjang |
| 145 | docslump |
| 146 | ███████ |
| 147 | jisngfeng |
| 148 | ouyangjian168 |
| 149 | iloveyoudd |
| 150 | ███████ |
| 151 | ███████ |
| 152 | meixiaojie |
| 153 | ███████ |
| 154 | svsxlmt |
| 155 | ███████ |
| 156 | ███████ |
| 157 | linglingstores |

| 158 | zhumenchen |
|-----|------------|
| 159 | |
| 160 | luckjingli |
| 161 | |
| 162 | |
| 163 | |
| 164 | |
| 165 | chenyh |
| 166 | |
| 167 | dajuuzha |
| 168 | niceym |
| 169 | wangzhiweif |
| 170 | |
| 171 | xinyefanzhi |
| 172 | |
| 173 | |
| 174 | |
| 175 | |
| 176 | |
| 177 | |
| 178 | |
| 179 | airvito |
| 180 | astridstore |
| 181 | best_price7 |
| 182 | buyitcheap-senditfast |
| 183 | dacolo666 |
| 184 | dshopforyou |
| 185 | dudo44 |
| 186 | |
| 187 | epsilon_shop |
| 188 | haze924 |
| 189 | |
| 190 | |
| 191 | |
| 192 | |
| 193 | hutrant0 |
| 194 | |
| 195 | itemsfor_you |
| 196 | kasla66 |
| 197 | lichgear |

| | |
|---|---|
| 198 | lucky.photo |
| 199 | |
| 200 | |
| 201 | nguyng-2 |
| 202 | nhdoh0 |
| 203 | nikulina.darya.91_9 |
| 204 | |
| 205 | oneonestore |
| 206 | |
| 207 | orangestoree |
| 208 | pudud_26 |
| 209 | |
| 210 | rosarose_790 |
| 211 | shop-stars-world |
| 212 | |
| 213 | slk_internacional |
| 214 | sonlap1814-2 |
| 215 | |
| 216 | standteam |
| 217 | stordyck |
| 218 | |
| 219 | tana0910 |
| 220 | tidystore |
| 221 | tobad61 |
| 222 | tr7289 |
| 223 | tratru_10 |
| 224 | |
| 225 | |
| 226 | westgreencoast |
| 227 | |
| 228 | |
| 229 | |
| 230 | |
| 231 | Shop126040 Store |
| 232 | XuHao Chen's store |
| 233 | |
| 234 | gagqeuywe Official Store |
| 235 | |
| 236 | Beauty Life |
| 237 | Stappersi Store |

| 238 | SHUAILINTANG Official Store |
| 239 | Mamababy Store |
| 240 | Goldseller Market Store |
| 241 | Worldlet Store |
| 242 | Yezi Outdoor Store |
| 243 | BESTIM INCUK Store |
| 244 | belle's fashionable store |
| 245 | Better Shop,Better Life |
| 246 | hongteyababyshoes Store |
| 247 | |
| 248 | Frank Children Store |
| 249 | Babelin Home Decor |
| 250 | Shenzhen1688 Store |
| 251 | LXHZS Official Store |
| 252 | Leewince Official Store |
| 253 | Fun*Toy Store |
| 254 | wanju Store |
| 255 | |
| 256 | |
| 257 | HIYADEAL Global Store |
| 258 | Oh! Susana'Gifts Store |
| 259 | |
| 260 | Day Sunshine Co., Ltd |
| 261 | |
| 262 | HTPow Rc Toy Co.,Ltd |
| 263 | AttractiveBeauty Store |
| 264 | MOON HALO |
| 265 | April du Official Store |
| 266 | World Supermarket 2015 |
| 267 | Kid Love Toy Store |
| 268 | beautiful lucia Store |
| 269 | Familie Life Store |
| 270 | |
| 271 | ALknowshop Store |
| 272 | |
| 273 | MQCAT Store |
| 274 | ChenCan Trading Store |
| 275 | |
| 276 | MYGUN Store |
| 277 | eTya shop Store |

| | |
|---|---|
| 278 | XiaoXiaobabyshoes Store |
| 279 | Animation Fans Store |
| 280 | PHOTIPONG Sturdy pants Store |
| 281 | Shop1907881 Store |
| 282 | |
| 283 | Day Day Up E-Market |
| 284 | |
| 285 | HAPPY EVERY DAY-2 |
| 286 | stzhou Official Store |
| 287 | |
| 288 | Top Top Online Shop |
| 289 | Blossom Small Shop |
| 290 | Acecare Official Store |
| 291 | Automobiles Parts Selling Store |
| 292 | AprilDu Mart Store |
| 293 | Love Love children baby store |
| 294 | funbeads orbiz Store |
| 295 | Cool UP |
| 296 | Funny Childhood Life Store |
| 297 | Keythemelife Online Store |
| 298 | Hong Kong Kingwin International Trade Co., Ltd |
| 299 | Suzy's HomeArt |
| 300 | |
| 301 | Honey Toys |
| 302 | |
| 303 | TOYBOY Store |
| 304 | ShenZhenYKS Outdoor Store |
| 305 | baby bodysuit Store |
| 306 | JETTING HomeGarden Store |
| 307 | |
| 308 | Live Easier |
| 309 | Childhood Shopping Store |
| 310 | toy Playground a |
| 311 | Anime Good Friend Store |
| 312 | Astoriatoy LM Store |
| 313 | Peneede Co.,Ltd. |
| 314 | Beautiful Good Loves |
| 315 | CC Life Decoration Store |
| 316 | Fabulous Toy Store |
| 317 | Innocence paradise |

| | |
|---|---|
| 318 | ABC's Store |
| 319 | Ali-Toy |
| 320 | Selena Love DIY Store |
| 321 | HomeSupply Store |
| 322 | Professional RC shop |
| 323 | 6666 Store |
| 324 | Toddler Boutique Store Store |
| 325 | Bring You Love Store |
| 326 | Ali-HomeMarket Store |
| 327 | Factory @ Store |
| 328 | Shop2387074 Store |
| 329 | Haitao Store |
| 330 | █████████████ |
| 331 | RCONLY Store |
| 332 | Figurines & Life Store |
| 333 | LOVE LIFE Store |
| 334 | Bilidi Co.,Ltd. Store |
| 335 | Ali-Jetting Toy Store |
| 336 | Eva's Toy world Store |
| 337 | HongKong MillionMax Store |
| 338 | for LOHAS Store |
| 339 | Youmu Store |
| 340 | Super L-Toy Store |
| 341 | wild kid Store |
| 342 | Let's Go Hunting Store |
| 343 | Sunlightfor your Life Store |
| 344 | Little Sweety Life Decor Store |
| 345 | Ali-HomeMall Store |
| 346 | HQ Store |
| 347 | U-ZONE Top Supplies Co.,Ltd Store |
| 348 | NO Name Faimily Store |
| 349 | Hi Hi Baby Store |
| 350 | Dear~Baby Store |
| 351 | Shop2784166 Store |
| 352 | Kidlove Store |
| 353 | ZOTOONE Garment Store |
| 354 | Loving Families Store |
| 355 | Pudcoco Store |
| 356 | Homelike House Store |
| 357 | eva2king Store |

| 358 | ████████████████████████ |
| 359 | ████████████████████████ |
| 360 | Ainolway Store |
| 361 | ████████████████████████ |
| 362 | Chomps-Elysees Store |
| 363 | Toy Store-fplm Store |
| 364 | Kimifun Store |
| 365 | Shop41010005 Store |
| 366 | ████████████████████████ |
| 367 | ████████████████████████ |
| 368 | ████████████████████████ |
| 369 | Taiwan esport Store |
| 370 | Ur Cabinet Store |
| 371 | Wujinjin Festive & Party Store |
| 372 | Infantile Boutique Store |
| 373 | Professional RC toy Store |
| 374 | Alisa in Store |
| 375 | Baby's Center Store |
| 376 | ZHUTOUSAN Official Store |
| 377 | ████████████████████████ |
| 378 | Respect Store |
| 379 | Mushan L Store |
| 380 | Six Stars Store |
| 381 | Very Very Very Store |
| 382 | Loyalty Store |
| 383 | ████████████████████████ |
| 384 | meter rabbit Store |
| 385 | QianChen Tool Store |
| 386 | Way Into Looove Store |
| 387 | ████████████████████████ |
| 388 | ████████████████████████ |
| 389 | BataBata Lamps Store |
| 390 | ████████████████████████ |
| 391 | YA Chlidren House Store |
| 392 | HEY, BABY Store |
| 393 | Gyro Toy Store |
| 394 | SO & JY Online Store |
| 395 | TFC Fun Toy ^_^ Store |
| 396 | Loving Adventure Store |
| 397 | ████████████████████████ |

| 398 | Shop3053063 Store |
|-----|-------------------|
| 399 | A Toy,A Friend Store |
| 400 | House Sweetlife Store |
| 401 | |
| 402 | FairyToy Store |
| 403 | Felkg good Luck Store |
| 404 | J&QEmmababy Store |
| 405 | S-shine baby Store |
| 406 | HOMME Store |
| 407 | Baby_Fun Store |
| 408 | Shop3109004 Store |
| 409 | ANUOTONG Toy Station Store |
| 410 | Peipei's Funny Store |
| 411 | Playful laugh Store |
| 412 | |
| 413 | Cacy House Store |
| 414 | Classic fun Store |
| 415 | Baby World For U Store |
| 416 | ChildhoodMemory Store |
| 417 | baby2king Store |
| 418 | Rowsfire Official Store |
| 419 | Gypsophila Store |
| 420 | |
| 421 | Gmarty 001 Store |
| 422 | |
| 423 | Baby Have Fun Store |
| 424 | Fantasty House Store |
| 425 | Childishness Store |
| 426 | Happyness Life Store |
| 427 | Children's happiness shop Store |
| 428 | Professional Dropshipping Outdoor Store |
| 429 | |
| 430 | Child Gift Store |
| 431 | Enjoying+UU Store |
| 432 | Grown Up Store |
| 433 | |
| 434 | |
| 435 | Please Answer 1988 Store |
| 436 | |
| 437 | hayppy Store |

| | |
|---|---|
| 438 | Amiable Store |
| 439 | MUQGEW BABY SMILING Store |
| 440 | DIY Living Store |
| 441 | ██████████████████ |
| 442 | Pink House Store |
| 443 | Pizies TOYMALL Store |
| 444 | ██████████████████ |
| 445 | ██████████████████ |
| 446 | HENGHOME Store |
| 447 | TOYZHIJIA ZT Store |
| 448 | Funny Childhood Store |
| 449 | Shop3408019 Store |
| 450 | SHPYHT Toy Store |
| 451 | Kids Playing Store |
| 452 | GHJKKSAR Store |
| 453 | Shop3483006 Store |
| 454 | Shop3493004 Store |
| 455 | Decor Cabana Store |
| 456 | ZOTOONE Handcraft Store |
| 457 | Baby-Toy World Store |
| 458 | Makiki Store |
| 459 | LEWIN Store |
| 460 | A Toy Store Store |
| 461 | Fun toy shop Store |
| 462 | World Paintball Store |
| 463 | Banria Store |
| 464 | Toyland Store |
| 465 | huaghuizhenToys Store |
| 466 | ForKid Store |
| 467 | KidFun Store |
| 468 | Mystorage Store |
| 469 | JoyFun Store |
| 470 | ██████████████████ |
| 471 | Skgo Store |
| 472 | Likeit Store |
| 473 | magical pig Store |
| 474 | Kawaii Toy Store |
| 475 | SName's Funny Store |
| 476 | STEVEN JH Store |
| 477 | ██████████████████ |

| 478 | Chagar House Store |
| 479 | Children Interesting Toy Store |
| 480 | Baby Toy City Store |
| 481 | Old Passenger sister Store |
| 482 | HHHIPANDA Store |
| 483 | LoveSong Store |
| 484 | |
| 485 | Essential Life Store |
| 486 | Cherr Toy Store |
| 487 | Very Funny Store |
| 488 | Furnished Room Store |
| 489 | Loving Children Store |
| 490 | Playthings& Hobbies Store |
| 491 | Necessities of life Store |
| 492 | |
| 493 | Redboard Homegarden Store |
| 494 | Enjoying+life Store |
| 495 | INLAMATO Toy Store |
| 496 | SHNGki House Store |
| 497 | toy&factory Store |
| 498 | All your favourite Store |
| 499 | Baby Living Museum Store |
| 500 | U-miss Fun Store |
| 501 | articles for daily life Store |
| 502 | Ali-house Improving Store |
| 503 | Bauble Store |
| 504 | |
| 505 | RXXIAHJL baba Store |
| 506 | GoldQ Store |
| 507 | TooFun Toy Store |
| 508 | Lauraayerre Store |
| 509 | TOYBAR Store |
| 510 | Sail Fish Store |
| 511 | DecorBeauty Store |
| 512 | Lavender Cappuccino Store |
| 513 | |
| 514 | YIZHOUHE Store |
| 515 | HUAILE Store |
| 516 | Aershiner_BabyLoves Store |
| 517 | Ali-Loving Life Store |

| 518 | HOME1314 Store |
|-----|----------------|
| 519 | Astoriatoy Beyblade Store |
| 520 | Gmarty Store |
| 521 | ■ |
| 522 | DIY Living Products N01 Store |
| 523 | Eisen Toy Store |
| 524 | Shop4410151 Store |
| 525 | Shop4415031 Store |
| 526 | Babys & Mommys Garden Store |
| 527 | Hand Tool emm Store |
| 528 | Shop4421159 Store |
| 529 | Still Fortune House Store |
| 530 | Bearhug Store |
| 531 | Jax Zhou Store |
| 532 | Life 4 U Store |
| 533 | LittleLove Store |
| 534 | HeTianXia Store |
| 535 | Shop4442020 Store |
| 536 | Hongkong Roadmate Store |
| 537 | Shop4448011 Store |
| 538 | Storage Wonderland Store |
| 539 | ZHIXIN Outdoor Girl Store |
| 540 | brightii Store |
| 541 | Child Wonderland Store |
| 542 | M_Toy Store |
| 543 | Real Bargain House Store |
| 544 | Awarwin911 Store |
| 545 | Shop4492031 Store |
| 546 | COCOHome Store |
| 547 | monokweepjy Augustkun Romantic Dating Store |
| 548 | Mombaby Jellyzhang Store |
| 549 | Shop4507055 Store |
| 550 | Everything For Your Baby Store |
| 551 | Shop4514047 Store |
| 552 | ■ |
| 553 | Luna Decor Store |
| 554 | Shop4558035 Store |
| 555 | Shop4559029 Store |
| 556 | ■ |
| 557 | YaSUOJ Store |

| 558 | PRO Outdoor Fitness Store |
|-----|---------------------------|
| 559 | Tolsiaya Baby Store |
| 560 | |
| 561 | Hamba Toy Store |
| 562 | Home123 Store |
| 563 | |
| 564 | SweetHomedesigner Store |
| 565 | Enjoying Relax Warm Store |
| 566 | ToyZoom Store |
| 567 | iguardor Store |
| 568 | Hardworking Baby Store |
| 569 | magicz Store |
| 570 | ROOW outdoor Store |
| 571 | kimiQiao Store |
| 572 | infinite happiness Store |
| 573 | Toytech Store |
| 574 | Shop4834275 Store |
| 575 | SportsLife Store |
| 576 | Buliding Beautiful Garden with us Store |
| 577 | TOPbeekeep Store |
| 578 | Shop4869024 Store |
| 579 | DIYFun Store |
| 580 | Interesting toy. Store |
| 581 | Shop4884092 Store |
| 582 | Decorationes Store |
| 583 | Miuioee Toy Store |
| 584 | NanYang Store |
| 585 | Lateron Store |
| 586 | K MRTNAN Store |
| 587 | |
| 588 | blue babies Store |
| 589 | SHgeZm Toy Store |