IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE MAYA GROUP, INC.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-04690

Judge Robert M. Dow, Jr.

Magistrate Judge Mary M. Rowland

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 4, 2019 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 14 | RETON STORE |
| 261 | YX Franchised Store |
| 275 | WITUSE Online Store |
| 282 | WITUSE Direct Sales Store |
| 287 | WITUSE Franchised Store |
| 433 | WITUSE Homey Homes Store |
| 307 | RC Limsker Store |
| 331 | RCONLY Store |
| 560 | LemonBest Upward Store |
| 412 | Smarter TOYBar Store |
| 401 | YYSSGO Store |
| 477 | QWWSS Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 22, 2019                    Respectfully submitted,

                                           /s/ Yanling Jiang
                                           Yanling Jiang (Bar No. 6309336)
                                           JiangIP LLC
                                           111 West Jackson Blvd.
                                           Suite 1700
                                           Chicago, Illinois 60604
                                           Telephone: 312-675-6297
                                           Email: yanling@jiangip.com

                                           **ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this 22nd day of October, 2019. Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

Ollie B. Jones
Notary Public

State of Illinois
County of Cook