IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE MAYA GROUP, INC., | |
| Plaintiff, | Case No.: 1:19-cv-04690 |
| v. | Judge Robert M. Dow, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Mary M. Rowland |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 4, 2019 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 243 | BESTIM INCUK Store |
| 253 | Fun*Toy Store |
| 254 | wanju Store |
| 306 | JETTING HomeGarden Store |
| 308 | Live Easier |
| 317 | Innocence paradise |
| 319 | Ali-Toy |
| 321 | HomeSupply Store |
| 325 | Bring You Love Store |
| 326 | Ali-HomeMarket Store |
| 332 | Figurines & Life Store |
| 335 | Ali-Jetting Toy Store |
| 336 | Eva's Toy world Store |

| | |
|---|---|
| 338 | for LOHAS Store |
| 341 | wild kid Store |
| 343 | Sunlightfor your Life Store |
| 345 | Ali-HomeMall Store |
| 374 | Alisa in Store |
| 380 | Six Stars Store |
| 396 | Loving Adventure Store |
| 398 | Shop3053063 Store |
| 406 | HOMME Store |
| 421 | Gmarty 001 Store |
| 424 | Fantasty House Store |
| 425 | Childishness Store |
| 429 | MAMI'S BABY Store |
| 430 | Child Gift Store |
| 432 | Grown Up Store |
| 438 | Amiable Store |
| 442 | Pink House Store |
| 443 | Pizies TOYMALL Store |
| 446 | HENGHOME Store |
| 447 | TOYZHIJIA ZT Store |
| 450 | SHPYHT Toy Store |
| 451 | Kids Playing Store |
| 452 | GHJKKSAR Store |
| 457 | Baby-Toy World Store |
| 472 | Likeit Store |
| 480 | Baby Toy City Store |
| 482 | HHHIPANDA Store |
| 485 | Essential Life Store |
| 486 | Cherr Toy Store |
| 487 | Very Funny Store |
| 488 | Furnished Room Store |
| 490 | Playthings& Hobbies Store |
| 491 | Necessities of life Store |
| 493 | Redboard Homegarden Store |
| 496 | SHNGki House Store |

| 497 | toy&factory Stor |
|---|---|
| 498 | All your favourite Store |
| 501 | articles for daily life Store |
| 502 | Ali-house Improving Store |
| 503 | Bauble Store |
| 512 | Lavender Cappuccino Store |
| 517 | Ali-Loving Life Store |
| 520 | Gmarty Store |
| 588 | blue babies Store |
| 589 | SHgeZm Toy Store |
| 423 | Baby Have Fun Store |
| 232 | XuHao Chen's store |
| 114 | ayane258 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 11, 2019

Respectfully submitted,

_____

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this 11th day of December, 2019.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

_____
Michael Severt
Notary Public

State of ILLinois

County of Cook