IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE MAYA GROUP, INC., | |
| Plaintiff, | Case No.: 1:19-cv-04690 |
| v. | Judge Robert M. Dow, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Mary M. Rowland |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 4, 2019 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 216 | standteam |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 26, 2019          Respectfully submitted,

                                              /s/ Yanling Jiang
                                              Yanling Jiang (Bar No. 6309336)
                                              JiangIP LLC
                                              111 West Jackson Blvd.
                                              Suite 1700
                                              Chicago, Illinois 60604
                                              Telephone: 312-675-6297
                                              Email: yanling@jiangip.com

                                              ***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 26th day of December, 2019.

Given under by hand and notarial seal.

                                              /s/ Ollie B. Jones

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

                                              Notary Public

                                              State of Illinois
                                              County of Cook