IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE MAYA GROUP, INC., | |
| Plaintiff, | Case No.: 1:19-cv-04690 |
| v. | Judge Robert M. Dow, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Mary M. Rowland |
| Defendants. | |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 4, 2019 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 51 | ksdaqq店 |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: February __6__, 2020

Respectfully submitted,

_Yi Bu_

Yi Bu (Bar No. 6328713)
JiangIP LLC
312-675-6296
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6296
Email: ybu@jiangip.com
**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yi Bu, on this __6__th day of February, 2020.

Given under by hand and notarial seal.

ERICA HARRIS
Official Seal
Notary Public – State of Illinois
My Commission Expires Mar 8, 2021

_Erica Harris_
Notary Public

State of __IL__
County of __Cook__