**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE MAYA GROUP, INC.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-04690

Judge Robert M. Dow, Jr.

Magistrate Judge Mary M. Rowland

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 4, 2019 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 141 | shengqibobo |
| 143 | leiliangdneid |
| 144 | nicxjang |
| 154 | svsxlmt |
| 157 | linglingstores |
| 158 | zhumenchen |
| 165 | chenyh |
| 167 | dajuuzha |
| 169 | wangzhiweif |
| 171 | xinyefanzhi |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: March 24, 2020        Respectfully submitted,

_[signature]_

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
312-675-6297
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this __24__th day of March, 2020.

Given under by hand and notarial seal.

_[signature]_

Notary Public

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

State of ____IL____

County of ____COOK____