IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE MAYA GROUP, INC.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-04690

Judge Robert M. Dow, Jr.

Magistrate Judge Mary M. Rowland

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 4, 2019 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
| --- | --- |
| 288 | Top Top Online Shop |
| 309 | Childhood Shopping Store |
| 363 | Toy Store-fplm Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: August 28, 2020            Respectfully submitted,

*[signature]*

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 28th of August, 2020.

Given under by hand and notarial seal.

*[signature]*

Notary Public

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

State of _____ IL _____

County of _____ COOK _____