**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE MAYA GROUP, INC., | |
| Plaintiff, | Case No.: 1:19-cv-04690 |
| v. | Judge Robert M. Dow, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Mary M. Rowland |
| Defendants. | |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on October 4, 2019 [34] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 238 | SHUAILINTANG Official Store |
| 528 | Shop4421159 Store |
| 233 | Ordernow Store |
| 255 | exclamation mark |
| 256 | Uncle Bill Store |
| 259 | Common Truth |
| 358 | Pro Lighting & Tool Store |
| 361 | KidsWorld Store |
| 387 | Universalmall Store |
| 436 | Warm 0ffical Store |

`Case: 1:19-cv-04690 Document #: 74 Filed: 12/22/20 Page 2 of 3 PageID #:2062`

| | |
|---|---|
| 444 | chinatera Angelbaby Store |
| 484 | Homestorage Store |
| 513 | Estar House Store |
| 552 | House Life market Store |
| 563 | UGood Life Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: December 18, 2020

Respectfully submitted,

*[signature]*

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
312-675-6297
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297

Email: yanling@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this <u>18th</u> day of December, 2020.

Given under by hand and notarial seal.

*[signature]*

Notary Public

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

State of _____ IL _____

County of _____ COOK _____